ROBERT C. MONTGOMERY
ROBERT C. MONTGOMERY, CHTD.
2160 South Twin Rapid Way
Boise, ID  83709
Telephone:  (208) 322-8865
Facsimile:   (208) 322-8395
Idaho State Bar No. 1793
E-mail: bmontgomerylaw@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
CENTRAL DIVISION

| | |
|---|---|
| SAMUEL HICKS,<br><br>    Plaintiff,<br><br>  v.<br><br>G. REYNOLDS SIMS d/b/a G. REYNOLDS SIMS & ASSOCIATES, P.C.; G. REYNOLDS SIMS & ASSOCIATES, P.C.; BETTY MCBROWN and DOES 1-10<br><br>    Defendants. | CASE NO:<br><br>COMPLAINT |

### PLAINTIFF'S COMPLAINT

Plaintiff, SAMUEL HICKS (Plaintiff), through his attorneys, ROBERT C. MONTGOMERY, CHTD., alleges the following against Defendants, G. REYNOLDS SIMS d/b/a G. REYNOLDS SIMS & ASSOCIATES, P.C.; G. REYNOLDS SIMS & ASSOCIATES, P.C.; BETTY MCBROWN and DOES 1-10, (collectively referred to herein as Defendants):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

   //

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendants conduct business in the state of Idaho, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person residing in Kamiah, Lewis County, Idaho.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendants, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendants are debt collectors as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

8. Defendants are or are operating a debt collection law firm with a business office in Troy, Michigan.

9. Defendants acted through their agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendants are attempting to collect a debt from Plaintiff on behalf of the original creditor, GE Capital Retail Bank ("GECRB"), with an account number ending in 3586 (Defendants' File Number assigned to Plaintiff: 120017111630).

11. Plaintiff's alleged debt owed to GECRB arises from transactions for personal, family, and household purposes.

12. Defendants place calls to Plaintiff on his work phone (208-926-xxxx).

13. Defendants left a message for Plaintiff requesting he return the call to 877-632-2945, a number belonging to Defendants.

14. In or around May of 2012, Defendant, Betty McBrown left a voicemail message for Plaintiff which failed to meaningfully disclose the caller's identity. *See* transcribed voicemail attached hereto as Exhibit A.

15. In or around May of 2012, Defendant, Betty McBrown left a voicemail message for Plaintiff which failed to disclose in subsequent communications that the communication was from a debt collector. *See* Exhibit A.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendants violated the FDCPA based on the following:

    a. Defendants violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    b. Defendants violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

    c. Defendants violated *§1692e* of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

    d. Defendants violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt.

    e. Defendants violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, SAMUEL HICKS, respectfully requests judgment be entered against Defendants, G. REYNOLDS SIMS d/b/a G. REYNOLDS SIMS & ASSOCIATES, P.C.; G. REYNOLDS SIMS & ASSOCIATES, P.C.; BETTY BROWN and DOES 1-10, for the following:

17. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

19. Any other relief that this Honorable Court deems appropriate.

DATED: August 20, 2012

RESPECTFULLY SUBMITTED,

By: /s/ Robert C. Montgomery
Robert C. Montgomery
Attorneys for Plaintiff