ROBERT C. MONTGOMERY
ROBERT C. MONTGOMERY, CHTD.
2160 South Twin Rapid Way
Boise, ID  83709
Telephone:  (208) 322-8865
Facsimile:   (208) 322-8395
Idaho State Bar No. 1793
E-mail: bmontgomerylaw@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
CENTRAL DIVISION

| | |
|---|---|
| SAMUEL HICKS,<br><br>          Plaintiff,<br><br>     v.<br><br>G. REYNOLDS SIMS d/b/a G. REYNOLDS SIMS & ASSOCIATES, P.C.; G. REYNOLDS SIMS & ASSOCIATES, P.C.; BETTY MCBROWN and DOES 1-10<br><br>          Defendants. | CASE NO: 3:12-cv-00431-BLW<br><br>NOTICE OF SETTLEMENT |

**NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, SAMUEL HICKS ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  November 12, 2012            RESPECTFULLY SUBMITTED,

                              By: /s/ Robert C. Montgomery

                              ROBERT C. MONTGOMERY
                              ROBERT C. MONTGOMERY, CHTD.
                              2160 South Twin Rapid Way
                              Boise, ID  83709
                              Telephone:  (208) 322-8865
                              Facsimile:   (208) 322-8395
                              Idaho State Bar No. 1793
                              E-mail: bmontgomerylaw@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to defendant at the below address:

    G. Reynolds Sims
    2075 West Big Beaver Road
    Suite 200
    Troy Michigan 48084

By:    /s/ Robert C. Montgomery

    ROBERT C. MONTGOMERY
    ROBERT C. MONTGOMERY, CHTD.
    2160 South Twin Rapid Way
    Boise, ID 83709
    Telephone: (208) 322-8865
    Facsimile: (208) 322-8395
    Idaho State Bar No. 1793
    E-mail: bmontgomerylaw@gmail.com